UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
MARTHA RAMIREZ de SARRAZOLA,

                Plaintiff,

-against-

U.S. DEPARTMENT OF JUSTICE and
DRUG ENFORCEMENT ADMINISTRATION,

                Defendants.
------------------------------------------------------X

**ORDER**

05 CV 337 (RJD) (LB)

DEARIE, District Judge.

    The Court referred defendant's motion to dismiss the complaint or, in the alternative, for summary judgment to Magistrate Judge Bloom for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). Judge Bloom issued her Report and Recommendation on May 30, 2006, and no objections have been filed.

    The Court adopts Judge Bloom's Recommendation in all respects without qualification. Defendant's motion is granted and the Complaint is dismissed with prejudice. The Clerk of the Court is directed to enter judgment dismissing the action.

    SO ORDERED.

Dated: Brooklyn, New York
       June 28, 2006

                                        s/ Judge Raymond J. Dearie
                                        _____
                                        RAYMOND J. DEARIE
                                        United States District Judge