UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARTHA RAMIREZ de SARRAZOLA,   JUDGMENT
                                05-CV- 0338 (RJD)
                Plaintiff,

   -against-

U.S. DEPARTMENT OF JUSTICE and
DRUG ENFORCEMENT ADMINISTRATION,

                Defendants.
----------------------------------------------------------------X

An Order of Honorable Raymond J. Dearie, United States District Judge, having been filed on June 29, 2006, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated May 30, 2006; granting defendants' motion to dismiss; and dismissing the complaint with prejudice; it is

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted; that defendants' motion to dismiss is granted; that the complaint is dismiss with prejudice; and that judgment is hereby entered dismissing the action.


Dated: Brooklyn, New York
       June 29, 2006

                                ROBERT C. HEINEMANN
                                Clerk of Court